## **Exhibit A**

Corporate Structure Chart as of June 12, 2025

[Attached]

