## Exhibit C

List of 16 Largest Unsecured Creditors (Excluding Insiders)

Pursuant to Local Rule 1007-2(a)(4), to the best of the Debtors' knowledge and belief, the following table sets forth the information of each of the holders of the Debtors 16 largest unsecured claims, excluding claims of insiders.

Listed claim values reflect the outstanding principal value on June 10, 2025.

|   | Debtor entity | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim | Indication if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|---|---|
| 1 | Virginia Park 1, LLC | American Express P.O. Box 409050, Fort Lauderdale, FL 33340-9050 | Phone: 1-800-492-3344 | Various Expenses | | $49,581.33 |
| 2 | Virginia Park 1, LLC | TD Bank Loan P.O. Box 566 Lewiston, ME 04243 | Phone: 1-800-738-5635 | Loan for Construction | | $19,995.28 |
| 3 | Virginia Park 2, LLC | American Express P.O. Box 409050, Fort Lauderdale, FL 33340-9050 | Phone: 1-800-492-3344 | Miscellaneous Expenses | | $3,546.83 |
| 4 | Virginia Park 2, LLC | Department of Appeals and Hearings 2 Woodward Ave, Suite 1004, Detroit MI 48226 | Email: DTSC@detroitmi.gov Phone: 313-224-0098 | Fine | Disputed | $1,064 |
| 5 | Virginia Park 2, LLC | Jared Anthony Electric Inc. 43638 Cherrywood Lane, Canton, MI 48188 | Email: jaesolutions@yahoo.com Phone: 313-585-4262 | Electric Contracting | | $33,860 |
| 6 | Virginia Park 2, LLC | Republic Services PO Box 677156 Dallas, TX 75267-7156 | Email: arcentercle@republicservices.com Phone: 216-416-7965 | Waste Services | | $1,498.44 |
| 7 | Virginia Park 2, LLC | Sklut Plumbing Inc. 1515 East Eight Mile, Hazel Park, MI 48030 | Joe Sklut Email: joesklut@gmail.com Phone: 248-547-3340 | Plumbing | | $7,050 |
| 8 | Virginia Park 2, LLC | Wayne County Treasurer PO Box 33555 Detroit, MI 48232-5555 | Email: taxinfo@waynecounty.com Phone: 313-224-5990 | Taxes | Disputed | $96,560.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Herman Kiefer Development, LLC | Ackerman & Ackerman, P.C. 988 S. Adams Rd., Ste. 207, Birmingham, MI 48009 | Email: MattM@ackerman-ackerman.com Phone: 248-877-7211 | Legal Fees | | $4450 |
| 10 | Herman Kiefer Development, LLC | American Express P.O. Box 409050 Fort Lauderdale, FL 33340-9050 | Phone: 1-800-492-3344 | Miscellaneous Expenses | | $13,079.83 |
| 11 | Herman Kiefer Development, LLC | Board of Water Commissioners PO Box 554899, Detroit, MI 48255-4899 | Email: mydwsd@detroitmi.gov | Water and Sewer Costs | Unliquidated Disputed | $812,645.30 |
| 12 | Herman Kiefer Development, LLC | Treasurer, City of Detroit 2 Woodward Ave, 4th fl, Suite 402, Detroit, MI 48226 | Email: pm@detroitmi.gov Phone: 313-628-2451 | Fines | | $1,300 |
| 13 | Herman Kiefer Development, LLC | City of Detroit Treasurer PO Box 773190, Detroit, MI 48277-3190 | Email: rcinfo@detroitmi.gov Phone: 313-224-3560 | Permit | Disputed | $471 |
| 14 | Herman Kiefer Development, LLC | Department of Appeals, 2 Woodward Ave, Suite 1004, Detroit, MI 48226 | Email: DTSC@detroitmi.gov Phone: 313-224-0098 | Fines | Disputed | $280 |
| 15 | Herman Kiefer Development, LLC | DTE Energy PO Box 740786, Cincinnati, OH 45274 | Giovanni Calandrino Email: giovanni.calandrino@dteenergy.com Phone: 800-477-4747 | Electricity Costs | | $16,876.96 |
| 16 | Herman Kiefer Development, LLC | Adler & Stachenfeld LLP 555 Madison Ave, 6th fl, New York, NY 10022 | Email: invoices@adstach.com Phone: 212-672-3768 | Legal Fees | | $382,984.16 |
| 17 | Herman Kiefer Development, LLC | First Insurance Funding PO Box 7000 Carol Stream, IL 60197-7000 | Email: firstinsite@firstinsurancefunding.com Phone: 800-837-3707 | Insurance | | $1,714.77 |
| 18 | Herman Kiefer Development, LLC | H & P Protective Services, Inc. 29829 Greenfield Rd, Southfield, MI 48076 | Email: accounting@hpproserv.com Phone: 248-443-7000 | Security | | $32,063.40 |
| 19 | Herman Kiefer Development, LLC | Jared Anthony Electric Inc. 43638 Cherrywood Lane, Canton, MI 48188 | Email: jaesolutions@yahoo.com Phone: 313-585-4262 | Electrician Services | | $15,357.16 |
| 20 | Herman Kiefer Development, LLC | Wayne County Treasurer PO Box 33555, Detroit, MI 48232-5555 | Email: taxinfo@waynecounty.com Phone: 313-224-5990 | Taxes | | $1,111,371.33 |
| 21 | Herman Kiefer Development, LLC | Williams Williams Rattner & Plunkett, PC, 380 N. Old Woodward Ave., Ste. 300, Birmingham, MI 48009 | Jason Long Email: jlong@wwrplaw.com Phone: 248-642-0333 | Legal Fees | | $6,975 |