## Exhibit E

Summary of the Debtors' Assets and Liabilities

Pursuant to Local Rule 1007-2(a)(6), the below is a summary of the Debtors' assets and liabilities. The amounts reflected below were derived by totaling the indicated amounts reflected in each Debtor's books and records as of June 9, 2025. The following financial data shall not constitute an admission of liability by the Debtors. The Debtors reserve all rights to assert that any debt or claim included herein is a disputed claim or debt or challenge the priority, nature, amount or status of any claim or debt.

**Virginia Park 1, LLC**

| Assets and Liabilities | Amount |
|---|---|
| Total Assets (Book Value as of 06/09/2025) | $2,520,622.67 |
| Total Liabilities (Book Value as of 06/09/2025) | $541,771.82 |

**Virginia Park 2, LLC**

| Assets and Liabilities | Amount |
|---|---|
| Total Assets (Book Value as of 06/09/2025) | $2,142,025.86 |
| Total Liabilities (Book Value as of 06/09/2025) | $2,090,164.58 |

**Herman Kiefer Development, LLC**

| Assets and Liabilities | Amount |
|---|---|
| Total Assets (Book Value as of 06/09/2025) | $15,245,246.84 |
| Total Liabilities (Book Value as of 06/09/2025) | $8,595,977.31 |