## **Exhibit F**

The Debtors' Securities

Pursuant to Local Rule 1007-2(a)(7), to the best of the Debtors' knowledge and belief, the Debtor has the below publicly traded stock, debentures, or securities:

None.