## **Exhibit G**

Debtors' Property Not in the Debtors' Possession.

Pursuant to Local Rule 1007-2(a)(8), there are no properties in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, secured creditors, or agent for any such entity. The Debtors are working to confirm that no such other party is in possession of any of the Debtors' property and reserve the right to supplement this exhibit if additional property is identified. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.