## **Exhibit H**

Debtors' Premises

Pursuant to Local Rule 1007-2(a)(9), the following lists the premises owned, leased, or held under other arrangement from which the Debtors operate their business as of the Petition Date.

|   | **Debtor** | **Address** | **Type of Interest** |
|---|---|---|---|
| 1 | Virginia Park 1, LLC | 165 East Broadway, 3rd Floor, New York, NY 10002 | Lease |
| 2 | Virginia Park 2, LLC | 165 East Broadway, 3rd Floor, New York, NY 10002 | Lease |
| 3 | Herman Kiefer Development, LLC | 1151 Taylor Street, Detroit, MI 48202 | Ownership |