# Exhibit I

Location of the Debtors' Assets, Books and Records

Pursuant to Local Rule 1007-2(a)(1)), the following lists the locations of the Debtors' substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the Debtor outside the territorial limits of the United States.

Location of Debtors' Substantial Assets:

- The Debtors' substantial assets are located at 1151 Taylor Street. Detroit, MI 48202.
- The Debtors do not hold assets outside the territorial limits of the United States.

Location of Debtors' Books and Records:

- The Debtors maintain their books and records at 165 East Broadway, 3rd Floor, New York, NY 10002.