# Exhibit J

Litigation

Pursuant to Local Rule 1007-2(a)(11), the following lists the nature and present status of each action or proceeding, pending or threatened, against the Debtor or its property where a judgment against the Debtor or a seizure of its property may be imminent as of the Petition Date:

| **Debtor Entity** | **Counterparty** | **Nature of the Claim** | **Status** |
|---|---|---|---|
| Herman Kiefer Development, LLC | City of Detroit | Pre-litigation demand for reconveyance by the City of Detroit | Ongoing |
| Herman Kiefer Development, LLC | Detroit Water and Sewerage Department | Litigation | Stayed |
| Herman Kiefer Development, LLC; Virginia Park 1, LLC; Virginia Park 2, LLC | Detroit Land Bank Authority | Pre-litigation reconveyance by the Detroit Land Bank Authority | Ongoing |