# Exhibit K

Senior Management

Pursuant to Local Rule 1007-2(a)(12), the following lists the name of the individuals who comprise the Debtors' existing senior management, their tenure with the Debtor, and a brief summary of their relevant responsibilities and experience.

**Virginia Park 1, LLC**

| Name | Title | Approximate Tenure | Responsibility and Experience |
|---|---|---|---|
| Ronald Castellano | Company Representative & Member of Manager, Castellano Member, LLC | 3 Years | Since March 2022, Ronald has served as the Company Representative. He also serves as a member of Castellano Member, LLC, a Manager of Virginia Park 1, LLC.<br><br>Owner and founder of Studio Castellano, an architecture and development firm, Ronald Castellano has been a major influencer in the revitalization of Manhattan's Lower East Side. As a developer and architect, he has worked on projects totaling 2.5 million square feet, including the redevelopment of The Forward building. |
| Simon Elkaim | Member of Manager, Paris Centre, LLC | 3 Years | Simon is a member of Paris Centre, LLC which has been a Manager of Virginia Park 1, LLC since March 2022.<br><br>Simon has more than 30 years of experience in real estate development and asset management as the founder of Arizona Asset Management and Everock. His firms have 2.2 million square feet of assets under management throughout |

|  |  |  | Europe, which currently includes the development of BMW France's new headquarters. |
|---|---|---|---|

## Virginia Park 2, LLC

| Name | Title | Approximate Tenure | Responsibility and Experience |
|---|---|---|---|
| Ronald Castellano | Member of Manager, Castellano Member, LLC | 2 Years | Since August 2023, Ronald has served as the Company Representative. He also serves as a member of Castellano Member, LLC, a Manager of Virginia Park 1, LLC. |
| Simon Elkaim | Member of Manager, Paris Centre, LLC | 2 Years | Simon is a member of Paris Centre, LLC which has been a Manager of Virginia Park 1, LLC since August 2023. |

## Herman Kiefer Development, LLC

| Name | Title | Approximate Tenure | Responsibility and Experience |
|---|---|---|---|
| Ronald Castellano | Authorized Signatory of Sole Member, Herman Kiefer Member, LLC | 7 Years | Since December 2017, Ronald Castellano has served as the authorized signatory to the Sole Member of Herman Kiefer Development, LLC (*i.e.*, Herman Kiefer Member, LLC). In this role, Ronald manages the business and affairs of Herman Kiefer Development, LLC. |