## Exhibit M

Cash Receipts and Disbursements, Net Cash Gain or Loss, Unpaid Obligations and Receivables

Pursuant to Local Rule 1007-2(b)(3), the following provides, for the 30-day period following the Petition Date, the estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue but remain unpaid, other than professional fees.

| Entity | Category | Amount |
| --- | --- | --- |
| Herman Kiefer Development, LLC | Cash Receipts | $6,744 |
| Herman Kiefer Development, LLC; Virginia Park 1, LLC; Virginia Park 2, LLC | Cash Disbursements | ($81,367) |
|  | Net Gain/Loss | ($74,623) |
| Herman Kiefer Development, LLC | Unpaid Obligations | $8,595,977 |
| Virginia Park 1, LLC | Unpaid Obligations | $541,767 |
| Virginia Park 2, LLC | Unpaid Obligations | $2,090,164 |
|  | Uncollected Receivables | - |